## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Herman, being duly sworn on oath, depose and state that I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since September 2021, and I am currently assigned to the FBI Nashville Division – Memphis Resident Agency.

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2021, assigned to the Nashville Division – Memphis Resident Agency. My duties include, but are not limited to, conducting investigations involving crimes of violence, Wire Fraud, Identity Theft and other financial crimes. I am currently assigned to the Memphis Safe Task Force (MSTF), a multiagency coalition between federal, state, and local partners created to combat violent crime in Memphis, Tennessee (TN). In connection with my official duties, I am charged with investigating violations of federal criminal laws. I have received training in the identification and enforcement of laws of the United States. I have also received training in criminal investigations, to include evidence handling, working with confidential informants, physical surveillance, investigating a wide variety of frauds, forfeiture, search and seizure warrants, and arrest procedures. I have investigated and assisted with investigations involving searches of computer systems and seizures of computers and other electronic storage devices.

2. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

3. Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that Nicomedes Adol Jimenez ("JIMENEZ") has violated Title 18, United States Code, Section 111(b) which makes it unlawful for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated as an officer or employee of the United States or of any agency in any branch of the United States Government while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties and whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury.

4. The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that **JIMENEZ** violated Title 18, United States Code, Section 111(b). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### Incident

5. On November 4, 2025, at approximately 4:30pm Memphis Safe Task Force Officers with the Memphis Police Department and Fayette County Sheriff's Office were informed of the sighting of a Dodge Ram 3500 known to be operated by JIMENEZ was located in the vicinity of Elliston Baptist Church and Academy near 4179 Elliston Road, Memphis, Tennessee (TN) . JIMENEZ had two active warrants, one from May 2022 for aggravated Assault and one from April 2022 two counts of Domestic assault. Fayette County Sherrif's Office Deputy and United States Marhals Service (USMS) Task Force Officer (TFO) Jeremy Simpson ("TFO Simpson")

2

observed JIMENEZ and the Dodge Ram 3500 driving near the church turning Eastbound on Willow Road. After positively identifying the vehicle was the one known to be operated by JIMENEZ, TFO Simpson activated the blue lights and sirens on his vehicle. At this point, JIMENEZ began to increase his rate of speed travelling eastbound on willow road. Two other TFO vehicles joined the pursuit with lights and sirens activated. JIMENEZ continued to evade law enforcement for several miles, eventually merging onto the interstate highway 240. JIMENEZ continued to evade law enforcement pursuing him for approximately 20 miles travelling eastbound on interstate highway 240, eastbound on highway 385, and exiting eastbound on highway 57. While driving on highway 57, JIMENEZ caused a civilian to lose control of their vehicle, JIMENEZ continued to drive recklessly, thereby threatening serious bodily injuring to civilians.

6.   JIMENEZ attempted to turn southbound on Neville Road off of Highway 57, and lost control of the vehicle while TFO Simpson attempted to manuever around JIMENEZ. JIMENEZ crashed into the roadway barricade at the intersection of Highway 57 and Neville Road. At this time, an unidentified female passenger fled the passenger side of the vehicle operated by JIMENEZ. Memphis Police Department Police USMS TFO Chad Gurley (TFO Gurley) turned down Neville Road, with lights and sirens activated on a government owned vehicle, on and bypassed the vehicle being operated by JIMENEZ. The female passenger began to run toward the wooded area on the west side of the road. TFO Gurley opened the door of his vehicle and began to get out of the driver's side of the vehicle to run after the unidentified female passenger. At this time, TFO Gurley heard JIMENEZ's vehicle coming behind him and ducked back inside the drivers side of his vehicle. JIMENEZ drove directly at the driver's side door, which was ajar, and caused significant damage to the vehicle. TFO Gurley has been standing in front of this door only a second before JIMENEZ drove with an increased rate of speed directly at the door. The

3

placement of TFO Gurley's vehicle, with lights and sirens active, was near a highway barricade, and on the left hand side of the road opposite traffic. JIMENEZ had to drive onto the grass and near the barricade, a narrow path, when the entire right side of the roadway was clear. Based on investigation at the scene, the narrow path selected by JIMENEZ was done so intentionally in an attempt to inflict harm to TFO Gurley and TFO Gurley's vehicle. TFO Gurley's vehicle was severely damaged and rendered inoperable as a result of JIMENEZ striking the vehicle at a high rate of speed.

7.  JIMEMEZ drove down Neville Road after striking TFO Gurley's vehicle. Memphis Police Officer USMS TFO Jonathan Wingo (TFO Wingo), with lights and sirens activated, continued to drive down Neville Road where JIMENEZ drove into the driveway of 395 Neville Road. Law enforcement officers gave JIMENEZ commands to get out of the vehicle, and JIMENEZ did not comply. JIMENEZ began to get out of his vehicle with his hands up, but did not listen to further commands of the law enforcement officers. TFO Wingo deployed his K9 to where JIMENEZ was near the drivers side door of the Dodge Ram 3500 in order to gain compliance and place JIMENEZ into custody.

8.  The owners of 395 Neville Road were interviewed by law enforcement at the scene and confirmed they had no affiliation with JIMENEZ or the Dodge Ram 3500 operated by JIMENEZ.

### Law Enforcement Officer's Uniforms and Vehicles

9.  During this incident, all law enforcement officer's clothing identified them as Law Enforcement. Specifically, lights and sirens were utilized by all vehicles involved in the pursuit. Officers involved in the arrest were wearing equipment and/or clothing that clearly identified them as Law Enforcement.



Photo of an Officer Involved in Arrest

### Injuries Sustained and Damage to Vehicle

10. During the attempt to take **JIMENEZ** into custody, the vehicle driven by TFO Gurley sustained significant damage and was inoperable.





Photos of TFO Gurley's Vehicle

### Officers Status as deputized Federal Officers

11. Memphis Police Officer Chad Gurley was deputized by the USMS on September 30, 2025 in order to serve on the Memphis Safe Task Force.

### Western District of Tennessee Jurisdiction

12. The aforementioned incident occurred at the intersection of Neville Road and Highway 57 in Rossville, Tennessee. This location is in the Western District of Tennessee.

### Conclusion

13. Based on my investigations, I believe there is probable cause to believe that JIMENEZ committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant

Respectfully submitted,

Joseph Herman
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of November 2025, in Memphis, TN.

/s/ Charmiane G. Claxton
11:37 AM, Nov 6, 2025

Charmiane G. Claxton
United States Magistrate Judge
Western District of Tennessee